THOMAS J. JACKSON, plaintiff in error, *vs.* FRANCIS M. SCROGGIN, defendant in error.

Inasmuch as the evidence disclosed by the record does not show any evidence of title which, in law, would have entitled the plaintiff to recover the premises in dispute from the defendant, the non-suit was properly awarded by the Court below.

Ejectment.   Non-suit.   Before Judge BIGBY.   Coweta Superior Court.   September Term, 1870.

This was ejectment by Jackson against Scroggin.   On the trial, the plaintiff's counsel read in evidence a deed from one Carpenter to one Arrington, made the 10th of August, 1851, with the understanding that he would show that said deed covered the premises in dispute.   He then offered in evidence a deed from Arrington to Jackson, which had not been recorded, and it was read with the same understanding as to necessity of identification of premises.   There was no other evidence of title, except some as to identification, as alluded to above, and none of possession by plaintiff under said deeds, except for a time in 1851, if then.   Upon motion of defendant's counsel, a non-suit was granted.   That is assigned as error.

J. B. DAVIS, for plaintiff in error.

HUGH BUCHANON, for defendant.

WARNER, J.

There was no error in the judgment of the Court below in granting the non-suit on the statement of facts disclosed by the record.

Let the judgment of the Court below be affirmed.